ANDRE BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (SBN 254148)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-7388
   Facsimile: (213) 894-0115
   Email: Tamar.Kouyoumjian@usdoj.gov
Attorneys for Plaintiff
United States of America

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAFFI AND TALY TAL, WELLS FARGO BANK N.A.,<br><br>    Defendants.<br><br>———————————————<br>RAFFI AND TALY TAL,<br><br>    Cross-claimants,<br><br>    vs.<br><br>PANOREX REALTY, INC.,<br>a California Corporation,<br>and ELI TENE, an individual,<br><br>    Cross-Defendants. | Case No. 11 CV-08272 JAK (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE AND TO DISMISS CROSS-CLAIM WITHOUT PREJUDICE** |

1

Based upon the stipulation (the "Stipulation") by and between Plaintiff United States of America (the "United States") and Defendants Raffi and Taly Tal, (collectively, the "Purchasers"),

**IT IS ORDERED:**

1. The Stipulation is granted in its entirety;

2. On or before December 30, 2011, the Purchasers will pay to the United States the sum of $70,002.39, in certified funds, which will be promptly remitted to the Internal Revenue Service in satisfaction of the 2007 NFTL attached to the property located in Calabasas, Los Angeles County, California, with APN 2052-044-007 (the "Subject Property");

3. Upon the Secretary of the Treasury finding that the 2007 federal tax deficiency, including all interest and statutory accruals, has been satisfied by the timely payment of $70,002.39, the NFTL (instrument number 20090070819) for the taxpayer, David Bursteen's, 2007 federal tax deficiencies will be released pursuant to 26 U.S.C. §6325(a)(1);

4. Each party will bear their own costs and attorney's fees in connection with this case;

///
///
///
///
///
///
///
///

5. Subject to paragraphs 2, 3 and 4 above, the Complaint to foreclose the NFTL attached to the Subject Property is hereby dismissed, with prejudice, as moot; and

6. The Cross-Complaint is hereby dismissed without prejudice.



DATED: January 6, 2012  _____
**JOHN A. KRONSTADT**
United States District Court Judge

Respectfully submitted,

ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America

3